**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., | |
| *Plaintiff*, | Case No. 2:22-CV-00225-JRG |
| | 2:22-CV-00227-JRG |
| v. | 2:22-CV-00228-JRG |
| HISENSE VISUAL TECHNOLOGY CO., LTD., | **JURY TRIAL DEMANDED** |
| HISENSE INTERNATIONAL CO., LTD. AND | |
| HISENSE INTERNATIONAL (HONG KONG) | |
| AMERICA INVESTMENT CO., LTD., | |
| *Defendants*. | |

**JOINT MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF
GEORGIA AND CANCEL SCHEDULING CONFERENCE**

Plaintiff Flexiworld Technologies, Inc. ("Flexiworld") and Defendants Hisense Visual Technology Co., Ltd.; Hisense International Co. Ltd.; and Hisense International (Hong Kong) America Investment Co., Ltd. (collectively "Hisense") (together "the Parties") request that this Court transfer the above-captioned case to the Northern District of Georgia.  Hisense USA Corporation ("Hisense USA"), the United States affiliate of Hisense, is headquartered in the Northern District of Georgia.  The Parties stipulate that transfer is appropriate pursuant to 28 U.S.C. § 1406.

The Parties further stipulate that, following transfer, Flexiworld may file an amended complaint adding Hisense USA as a party and that this filing does not extinguish Flexiworld's amendment of right under Federal Rule of Civil Procedure 15(a)(1).

Hisense USA further agrees that its deadline to file *inter partes* review, as calculated under 35 U.S.C. § 315(b), shall be July 15, 2023, the same date previously stipulated and agreed to by the other Defendants.

Dated:  October 6, 2022

**PERKINS COIE LLP**

/s/ *Matthew C. Bernstein*
Matthew C. Bernstein
CA State Bar No. 199240
MBernstein@perkinscoie.com
Patrick McKeever (*Pro Hac Vice*)
PMcKeever@perkinscoie.com
Wei Yuan (*Pro Hac Vice*)
WYuan@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

R. Tyler Kendrick
Texas Bar No. 24097929
rkendrick@perkinscoie.com
1201 Third Ave., Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

*Attorneys for Defendants*

Respectfully submitted,

**NELSON BUMGARDNER CONROY PC**

/s/ *Timothy E. Grochocinski*
Timothy E. Grochocinski
Illinois Bar No. 6295055
tim@nelbum.com
Charles Austin Ginnings
New York Bar No. 4986691
austin@nelbum.com
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
Telephone: (708) 675-1974

*Attorneys for Plaintiff Flexiworld Technologies, Inc.*

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that I conferred via email with lead counsel for Flexiworld concerning this joint motion and have authority to file this joint motion on both parties' behalf.

/s/ *Matthew C. Bernstein*
Matthew C. Bernstein

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of October, 2022.

*/s/ Matthew C. Bernstein*
Matthew C. Bernstein